Charles B. Updike, Esq. (CU 1277)
Maureen B. Godfrey, Esq. (MG 8057)
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165
Phone: 212-661-5030
Fax: 212-687-2123
Attorneys for Movant SGS India Private Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In the Matter of the Arbitration Between

SGS INDIA PRIVATE LIMITED,

          Movant,

and

MAYTEX MILLS INC.,

          Respondent.
-----------------------------------------------------------X

No. _____

NOTICE OF MOTION
TO CONFIRM
<u>ARBITRATION AWARD</u>

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the accompanying Affidavit of Charles B. Updike, sworn to February 13, 2008, SGS India Private Limited ("SGS India") will move this Court, at the United States Courthouse, 300 Quarropas Street, White Plains, NY, on a date and at a time to be set by the Court, pursuant to Sections 6 and 201, *et seq.* of Title 9 of the United States Code, for (1) an order confirming the Award, dated September 8, 2007, rendered by the International Court of Arbitration, International Chamber of Commerce in the arbitration brought by respondent Maytex Mills Inc. against SGS India;

(2) entry of judgment upon said order; and (3) allowing such other and further relief as may be just.

Dated:  New York, New York
        February 13, 2008

                                    SCHOEMAN, UPDIKE & KAUFMAN, LLP

                                    By _____
                                        Charles B. Updike (CU 1277)
                                        Maureen B. Godfrey (MBG 8057)
                                        Attorneys for Movant SGS India
                                          Private Limited
                                        60 East 42nd Street
                                        New York, New York 10165
                                        (212) 661-5030