Charles B. Updike, Esq. (CU 1277)
Maureen B. Godfrey, Esq. (MG 8057)
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165
Phone: 212-661-5030
Fax: 212-687-2123
Attorneys for Movant SGS India Private Limited

**08 CV 01510**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In the Matter of the Arbitration Between

SGS INDIA PRIVATE LIMITED,

          Movant,

and

MAYTEX MILLS INC.,

          Respondent.
----------------------------------------------------------X

No. _____

**DISCLOSURE PURSUANT TO FRCP 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for SGS India Private Limited ("SGS India") certifies that the only corporate parent, subsidiary or affiliate of SGS India with publicly held shares is SGS SA, a company organized under the laws of Switzerland, the shares of which are traded on the Swiss Bourse.

Dated: New York, New York
       February 13, 2008

                           SCHOEMAN, UPDIKE & KAUFMAN, LLP

                           By _____
                           Charles B. Updike (CU 1277)
                           Maureen B. Godfrey (MBG 8057)
                           Attorneys for Movant SGS India
                              Private Limited
                           60 East 42nd Street
                           New York, New York 10165
                           (212) 661-5030