UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>SGS INDIA PRIVATE LIMITED,<br><br>    Movant,<br><br>v.<br><br>MAYTEX MILLS, INC.,<br><br>    Respondent. | 08 CV 1510 (CLB)<br><br>**& ORDER**<br>**STIPULATION TO EXTEND TIME**<br>**TO RESPOND TO THE MOTION TO**<br>**CONFIRM ARBITRATION AWARD** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that the time in which Maytex Mills, Inc. may answer, move, or otherwise respond to the Motion to Confirm the Arbitration Award be, and hereby is, extended to and through April 27, 2008; and it is

FURTHER STIPULATED AND AGREED that service of process is sufficient and the court has acquired *in personam* jurisdiction over defendant.

Dated: New York, New York
       March 25, 2008

SCHOEMAN, UPDIKE & KAUFMAN, LLP

By: _____
Charles B. Updike
60 East 42nd Street
New York, New York 10165
Telephone: (212) 661-5030

*Attorneys for Movant SGS India Private Limited*

QUINN EMANUEL URQUHART
OLIVER AND HEDGES, LLP

By: _____
Robert Juman
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Attorneys for Respondent Maytex Mills, Inc.*

SO ORDERED: May 5, 2008

_____
Charles Brieant
U.S.D.J.

_____
Date: May 5, 2008