

Charles B. Updike, Esq. (CU 1277)
Maureen B. Godfrey, Esq. (MG 8057)
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165
Phone: 212-661-5030
Fax: 212-687-2123
Attorneys for Movant SGS India Private Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In the Matter of the Arbitration Between

SGS INDIA PRIVATE LIMITED,

                  Movant,

    and

MAYTEX MILLS INC.,

                  Respondent.

------------------------------------------------------X

No. 08-cv-1510 (CLB) (GAY)
ECF CASE

**STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Movant SGS India Private Limited and for Respondent Maytex Mills Inc. that, pursuant to Fed. R. Civ. P. 41(a)(1), this action may be dismissed, in its

entirety and with prejudice, each side to bear its own costs.

Dated: ~~April~~ May 8, 2008

                                                **SCHOEMAN, UPDIKE & KAUFMAN, LLP**

By _____
    Charles B. Updike (CU 1277)
    Maureen B. Godfrey (MBG 8057)
    Attorneys for Movant SGS India
    Private Limited
    60 East 42nd Street
    New York, New York 10165
    (212) 661-5030

**QUINN EMANUEL URQUHART OLIVER AND HEDGES, LLP**

By _____
    Robert Juman (RJ 6350)
    Attorneys for Respondent Maytex Mills Inc.
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    (212) 849-7000

SO ORDERED:

_____
United States District Judge

Dated: May 20, 2008

2